JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-01500-KK-DTBx** | Date: | August 14, 2024 |
|---|---|---|---|
| Title: | ***Sean E. Reid v. RRA CP Opportunity Trust I, et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order DISMISSING the Instant Action

On June 6, 2024, plaintiff Sean Reid ("Plaintiff") filed a Complaint against defendants Real Time Resolutions, Inc. and RRA CP Opportunity Trust I ("Defendants") in Riverside County Superior Court, alleging claims arising out of his property mortgage.  ECF Docket No. ("Dkt.") 1-1, Ex. 1.

On July 18, 2024, Defendants filed a Notice of Removal asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332.  Dkt. 1.  On July 25, 2024, Defendants filed an Answer, Counterclaims, and Third-Party Complaint.  Dkt. 9.

On August 13, 2024, Defendants filed a Notice of Voluntary Dismissal seeking to dismiss their Counterclaims and Third-Party Complaint without prejudice.  Dkt. 17.  Defendants assert the underlying state court action was closed prior to removal of the action to this Court.  Id.  Plaintiff previously asserted the same.  See dkt. 15 at 1.  Accordingly, because it appears this case was closed at the time of removal, the matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**